```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                      CASE NO. 07 B 18248
        WIOLETTA BAWOLSKA
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

              Debtor
        SSN XXX-XX-4038


     ------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

        1.  The case was filed on 10/04/07 .

        2.  The case was dismissed after confirmation, 04/04/2008.

        3.  The Debtor paid a total of $    2000.00 .

        4.  The Trustee made disbursements to creditors as follows:


     ------------------------------------------------------------------------
     CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                 PAID           PAID
     ------------------------------------------------------------------------
     CHASE MANHATTAN MORTGAGE   CURRENT MORTG           .00          .00             .00
     CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE     NOT FILED          .00             .00
     HOUSEHOLD BANK             SECURED                 .00          .00             .00
     FORD MOTOR CREDIT CO       SECURED VEHIC           .00          .00             .00
     FORD MOTOR CREDIT CO       SECURED VEHIC           .00          .00             .00
     HSBC                       UNSECURED         NOT FILED          .00             .00
     FIRST PREMIER BANK         UNSECURED         NOT FILED          .00             .00
     HOME DEPOT CREDIT SERVIC   UNSECURED         NOT FILED          .00             .00
     SAMS CLUB                  UNSECURED         NOT FILED          .00             .00
     SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED          .00             .00
     SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED          .00             .00
            Summary of disbursements:
     ------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
     ------------------------------------------------------------------------
     TOTAL CLMS ALLOWED    .00          .00          .00          .00             .00
     PRINCIPAL PAID        .00          .00          .00          .00             .00
     INTEREST PAID         .00          .00          .00          .00             .00
     TOTAL PAID            .00          .00          .00          .00             .00
     The Debtor's attorney, PAUL M BACH                  , was allowed $    3500.00
     and was paid $    800.00  direct and $    1884.00  through the plan.

     The Trustee received $    116.00 .

     Refunds to the Debtor totaled $         .00 .

         Wherefore, the Trustee requests an order be entered discharging
     the Trustee and the surety on his bond from any further liability
     in this case.
```

```
Dated: 07/16/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
         CASE NO. 07 B 18248 WIOLETTA BAWOLSKA
```