```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18248
  WIOLETTA BAWOLSKA
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4038


------------------------------------------------------------------------
           TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/04/07 .

    2.  The case was dismissed without confirmation, 04/04/2008.

    3.  The Debtor paid a total of $   2000.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE  NOT FILED            .00           .00
HOUSEHOLD BANK            SECURED               .00            .00           .00
FORD MOTOR CREDIT CO      SECURED VEHIC         .00            .00           .00
FORD MOTOR CREDIT CO      SECURED VEHIC         .00            .00           .00
HSBC                      UNSECURED      NOT FILED            .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED            .00           .00
HOME DEPOT CREDIT SERVIC  UNSECURED      NOT FILED            .00           .00
SAMS CLUB                 UNSECURED      NOT FILED            .00           .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED            .00           .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00        .00          .00
PRINCIPAL PAID         .00         .00          .00        .00          .00
INTEREST PAID          .00         .00          .00        .00          .00
TOTAL PAID             .00         .00          .00        .00          .00
The Debtor's attorney, PAUL M BACH              , was allowed $   3500.00
and was paid $   800.00  direct and $   1884.00  through the plan.

The Trustee received $    116.00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/19/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                            PAGE  2
        CASE NO. 07 B 18248 WIOLETTA BAWOLSKA